UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRESCOTT PRESLEY,

        Petitioner,　　　　　　　　　　Civil Case Number 24-11751
　　　　　　　　　　　　　　　　　　　　　Criminal Case Number 20-20251
　　　　　　　　　　　　　　　　　　　　　Honorable David M. Lawson
v.

UNITED STATES OF AMERICA,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion and order entered on this date, it is **ORDERED AND ADJUDGED** that the petitioner's motion to vacate his sentence under 28 U.S.C. § 2255 is **DISMISSED WITH PREJUDICE**.

                                                s/David M. Lawson
                                                DAVID M. LAWSON
                                                United States District Judge

Dated: July 10, 2024